KENJI M. PRICE #10523
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sep 30, 2020
Michelle Rynne, Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 20-01208-WRP |
| ) | |
| Plaintiff, ) | EX PARTE MOTION TO |
| ) | UNSEAL COMPLAINT, |
| vs. ) | ARREST WARRANT AND |
| ) | CLERK'S DOCKET ENTRIES; |
| MARTIN KAO, ) | PROPOSED ORDER GRANTING |
| ) | EX PARTE MOTION TO |
| Defendant. ) | UNSEAL COMPLAINT |
| ) | AND ARREST WARRANT |
| _____) | |

**EX PARTE MOTION TO UNSEAL
<u>COMPLAINT AND ARREST WARRANT</u>**

The United States of America, by and through its undersigned attorneys, hereby moves this Court for an order unsealing the Complaint and Arrest Warrant. Defendant has been arrested.

This Motion is based on the records and files of this case.

Dated on this 30th day of September, 2020, at Honolulu, Hawaii.

                              KENJI M. PRICE
                              United States Attorney
                              District of Hawaii

                        By:   */s/ Craig S. Nolan*
                                Craig S. Nolan
                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 20-01208-WRP |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION TO UNSEAL |
| vs. | ) | COMPLAINT AND ARREST |
| | ) | WARRANT |
| MARTIN KAO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING EX PARTE MOTION TO UNSEAL
COMPLAINT AND ARREST WARRANT**

The Court having considered the United States of America's Ex Parte Motion to Unseal Complaint and Arrest Warrant in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Complaint and Arrest Warrant be unsealed.

Dated on this 30th day of September, 2020, at Honolulu, Hawaii.



Wes Reber Porter
United States Magistrate Judge