# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-mj-01208-WRP-1 |
| CASE NAME: | United States of America v Martin Kao |
| ATTY FOR PLA: | Craig S. Nolan |
| ATTY FOR DEFT: | Victor J. Bakke |
| U.S. Pretrial Officer: | Erin Patrick |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 10/01/2020 | TIME: | 9:30 - 9:42 |

COURT ACTION: EP: TELEPHONIC INITIAL APPEARANCE held.

Defendant is in custody and present via telephone from the Federal Detention Center.

Mr. Bakke represents that the Defendant waives his right in person and consent to appear via telephone for the purposes of this hearing. Court conducted a colloquy with Defendant. Defendant confirms counsel's representation.

Charges were summarized for the defendant by counsel. Defendant understands the charges.

Telephonic Detention hearing is set for October 2, 2020 at 9:30 a.m. before Magistrate Judge Kenneth J. Mansfield.

Telephonic Preliminary hearing is set for October 15, 2020 at 9:30 a.m. before Magistrate Judge Kenneth J. Mansfield.

Given the United States District Court for the District of Hawaii's latest Temporary General Order Regarding District of Hawaii Response to COVID-19 Emergency and Order Authorizing the Use of Telephonic and Video Hearings pursuant to the CARES Act due to the ongoing COVID-19 pandemic and public health emergency, including the anticipated long term need to maintain certain social distancing and other measures intended to protect the public, court employees, and counsel from being exposed to the

COVID-19 virus, while at the same time regulating criminal matters, the hearing will be held telephonically. Parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Dial in number is  1-877-848-7030
Access Code is 2123668

Mr. Bakke addresses the assets seized that are needed to be used towards payroll. Government and the Defendant are to work on an agreement.  If unable to be resolved, Mr. Bakke indicate that he may be filing a rushed motion.

Defendant to remain in the custody of the Federal Detention Center.

*Submitted by: Bernie Aurio, Courtroom Manager*