AO 442 (Rev. 01/09) Arrest Warrant

**SEALED**
BY THE ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII    JT
Oct 5, 2020, 9:21am
Michelle Rynne, Clerk of Court

United States of America
v.
MARTIN KAO
Defendant

Case No. Mag. No. 20-01208-WRP

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Martin Y. Kao,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud in violation of Title 18, United States Code, Section 1344; and
Money Laundering in violation of Title 18, United States Code, Section 1957.

Date: 9/29/2020

City and state: Honolulu, HI

Wes Reber Porter
United States Magistrate Judge

### Return

This warrant was received on *(date)* 9/30/20, and the person was arrested on *(date)* 9/30/20
at *(city and state)* HONOLULU, HI.

Date: 9/30/20

Arresting officer's signature

BRETT ANGELL, SPECIAL AGENT
Printed name and title