FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 07, 2020, 2:16 pm
Michelle Rynne, Clerk of Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER | MJ 20-001208 WRP |
| ) | | |
| vs ) | ABSTRACT OF RELEASE | |
| ) | | |
| ) | | |
| MARTIN KAO ) | | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __October 2, 2020__ the Court entered the following order:

___ Defendant to be released from custody forthwith

___ Released to / continued on pretrial release

___ Sentenced to time served

___ Case Dismissed

___ Released to / continued on supervised probation / unsupervised probation

___ Released to / continued on supervised release

__X__ Defendant to be released once bond conditions are met. As conditions have been met effective __October 8, 2020__, defendant to be released forthwith.

___ Bench warrant recalled

___ Other: _____

MICHELLE RYNNE, CLERK OF COURT

/s/ J.O., Deputy Clerk

by: _____ Deputy Clerk