MICHAEL JAY GREEN   4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336
Fax:           (808) 566-0347
Email: michael@michaeljaygreen.com

Attorney for Defendant
MARTIN KAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO.:  20-01208 WRP |
|---|---|---|
| Plaintiff, | ) ) ) | **WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER** |
| vs. | ) ) | |
| MARTIN KAO, | ) ) | |
| Defendant. | ) ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW VICTOR J. BAKKE, attorney for Defendant

MARTIN KAO, in the above-captioned matter, hereby withdraws as attorney of

record and substitutes in his stead, MICHAEL JAY GREEN as counsel for Defendant MARTIN KAO.

DATED: Honolulu, Hawaii, OCT 1 2 2020.

_____
VICTOR J. BAKKE
Withdrawing Attorney for Defendant

_____
MICHAEL JAY GREEN
Substitute Counsel for Defendant

_____
MARTIN KAO
Defendant

APPROVED AND SO ORDERED:

_____
Kenneth J. Mansfield
United States Magistrate Judge

*United States of America v. Martin Kao*: MAG. NO.: MAG. NO.: 20-01208 WRP **WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER**