IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America | ) | Case. No. 1:20-MJ-01208-WRP |
|---|---|---|
| Plaintiff, | ) ) ) ) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Miranda Hooker |
| vs. | ) ) ) | |
| Martin Kao | ) ) | |
| Defendant. | ) ) | |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Miranda Hooker to Appear Pro Hac Vice.

| Name of Attorney: | Miranda Hooker |
|---|---|
| Firm Name: | Troutman Pepper Hamilton Sanders LLP |
| Firm Address: | High Street Tower, 125 High Street, 19th Floor<br>Boston, MA 02110-2736 |
| Attorney CM/ECF Primary email address: | Miranda.Hooker@Troutman.com |
| Firm Telephone: | 617-204-5160 |
| Party Represented | Martin Kao (Defendant) |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 22, 2020



Kenneth J. Mansfield
United States Magistrate Judge