KENJI M. PRICE #10523
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:   Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 20-01208 WRP |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | MOTION TO MODIFY |
| vs. | ) | CONDITION OF RELEASE; |
| | ) | CERTIFICATE OF SERVICE |
| MARTIN KAO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S RESPONSE TO
MOTION TO MODIFY CONDITION OF RELEASE

The United States hereby responds to defendant's Motion to Modify Condition of Release (ECF No. 21).   Based on the facts set forth in the Motion, the government does not oppose the Motion.

DATED: October 27, 2020, at Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii


By */s/ Craig S. Nolan*
    CRAIG S. NOLAN
    Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached was duly served upon the following person as set forth below:

Served Electronically by CM/ECF:

| | |
|---|---|
| DAVID M. CHAIKEN<br>Attorney Pro Hac Vice for Defendant<br>MARTIN KAO | david.chaiken@troutman.com |
| MIRANDA HOOKER<br>Attorney Pro Hac Vice for Defendant<br>MARTIN KAO | miranda.hooker@troutman.com |
| MICHAEL JAY GREEN<br>Attorney for Defendant<br>MARTIN KAO | michael@michaeljaygreen.com |

DATED: October 27, 2020, at Honolulu, Hawaii.

/s/ Craig S. Nolan
CRAIG S. NOLAN
Assistant U.S. Attorney