# MINUTES

CASE NUMBER:        1:20-MJ-01208-WRP-1

CASE NAME:          United States of America v Martin Kao

JUDGE:    Kenneth J. Mansfield          REPORTER:

DATE:     10/29/2020                    TIME:

COURT ACTION:  EO:    Regarding [21] UNOPPOSED MOTION TO MODIFY
                      CONDITION OF RELEASE 7m1.

The government having [22] no objection to the [21] Motion to Modify Condition of Release, the Court GRANTS the motion modifying condition of release No. 7m1 as follows:

(7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.  The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited. **Notwithstanding this paragraph, the defendant may have contact with MDG officers and employees Clifford Chen, Lawrence Kahele Lum Kee, Robert Reantaso, Karen Ernst, and Duke Harrington, as necessary to conduct the business of MDG, so long as he does not have any discussions or communications with them, directly or indirectly, about the pending case, underlying subject matter, or the investigation in general.**

All other condition previously set shall remain in place.

*Submitted by: Bernie Aurio, Courtroom Manager*