MICHAEL JAY GREEN AND ASSOCIATES, INC.
MICHAEL JAY GREEN          4451
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone:  (808) 521-3336
Facsimile:  (808) 566-0347
Email:  michaeljgreen@hawaii.rr.com

Attorney for Defendant
MARTIN KAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | MAG. NO. 20-01208 WRP |
|---|---|
| Plaintiff, | NOTICE OF WITHDRAWAL OF COUNSEL; ORDER |
| vs. | |
| MARTIN KAO, | |
| Defendant. | |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

Notice is hereby given that Troutman Pepper Hamilton Sanders LLP, David Chaiken, and Miranda Hooker, hereby withdraw as counsel for Defendant Martin Kao.  This withdrawal is with the consent of Defendant Martin Kao and his attorney, Michael Jay Green.  Mr. Kao continues to be represented by attorney Michael Jay Green in this matter.

DATED: _____, _____, Nov. 2, 2020.
            (City)         (State)         (Date)

                              /s/ David M. Chaiken
                              DAVID M. CHAIKEN
                              ~~Troutman Pepper Hamilton Sanders LLP~~
                              Withdrawing Attorney for Defendant
                              MARTIN KAO

DATED: _____, _____, _____, 2020.
            (City)         (State)         (Date)

                              _____
                              MIRANDA HOOKER
                              Troutman Pepper Hamilton Sanders LLP
                              Withdrawing Attorney for Defendant
                              MARTIN KAO

DATED: Honolulu, Hawai`i, _____, 2020.

                              _____
                              MICHAEL JAY GREEN
                              Michael Jay Green and Associates, Inc.
                              Attorney for Defendant
                              MARTIN KAO

DATED: Honolulu, Hawai`i, _____, 2020.

                              _____
                              MARTIN KAO, Defendant

DATED: _____, _____, _____, 2020.
            (City)          (State)         (Date)

_____
DAVID M. CHAIKEN
Troutman Pepper Hamilton Sanders LLP
Withdrawing Attorney for Defendant
MARTIN KAO

DATED: Arlington, MA, November 2, 2020.
        (City)    (State)    (Date)

/s/ Miranda Hooker
_____
MIRANDA HOOKER
Troutman Pepper Hamilton Sanders LLP
Withdrawing Attorney for Defendant
MARTIN KAO

DATED: Honolulu, Hawai`i, _____, 2020.

_____
MICHAEL JAY GREEN
Michael Jay Green and Associates, Inc.
Attorney for Defendant
MARTIN KAO

DATED: Honolulu, Hawai`i, _____, 2020.

_____
MARTIN KAO, Defendant

---

*United States of America v. Martin Kao*, Mag No. 20-01208 WRP; NOTICE OF WITHDRAWAL OF COUNSEL

DATED: _____, _____, _____, 2020.
     (City)    (State)    (Date)

            _____
            DAVID M. CHAIKEN
            Troutman Pepper Hamilton Sanders LLP
             Withdrawing Attorney for Defendant
            MARTIN KAO

DATED: _____, _____, _____, 2020.
     (City)    (State)    (Date)

            _____
            MIRANDA HOOKER
            Troutman Pepper Hamilton Sanders LLP
             Withdrawing Attorney for Defendant
            MARTIN KAO

DATED: Honolulu, Hawai'i, _____, 2020.

            */s/ Michael Jay Green*
            MICHAEL JAY GREEN
            Michael Jay Green and Associates, Inc.
             Attorney for Defendant
            MARTIN KAO

DATED: Honolulu, Hawai'i, Nov 2, 2020, 2020.

            */s/ Martin Kao*
            MARTIN KAO, Defendant

IT IS APPROVED AND SO ORDERED:

DATED: November 4, 2020



Wes Reber Porter
United States Magistrate Judge