MICHAEL JAY GREEN AND ASSOCIATES, INC.
MICHAEL JAY GREEN         4451
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone:  (808) 521-3336
Facsimile:  (808) 566-0347
Email:  michaeljgreen@hawaii.rr.com

Attorney for Defendant
MARTIN KAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | MAG. NO. 20-01208 WRP |
|---|---|
| Plaintiff, | STIPULATED CORRECTION TO CONDITION OF RELEASE; ORDER |
| vs. | |
| MARTIN KAO, | |
| Defendant. | |

**STIPULATED CORRECTION TO CONDITION OF RELEASE**

IT IS HEREBY AGREED AND STIPULATED, by and between the United States of America, by and through the United States Attorney's Office, Assistant United States Attorney Craig S. Nolan, United States Pretrial Services Officer Erik Iverson, and defendant Martin Kao, by and through his attorney, Michael Jay Green as follows:

In condition of release no. 7m1, the word "Harrington" shall be corrected to "Hartman."  As corrected, this condition of release is now as follows:

(7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited. Notwithstanding this paragraph, the defendant may have contact with MDG officers and employees Clifford Chen, Lawrence Kahele Lum Kee, Robert Reantaso, Karen Ernst, and Duke Hartman, as necessary to conduct the business of MDG, so long as he does not have any discussions or communications with them, directly or indirectly, about the pending case, underlying subject matter, or the investigation in general.

DATED: Honolulu, Hawai`i, November ___, 2020.

*Craig S. Nolan*
CRAIG S. NOLAN, AUSA
Attorney for Plaintiff
United States of America

ERIK IVERSON,
U.S. Pretrial Services Officer

MICHAEL JAY GREEN
Attorney for Defendant
MARTIN KAO

IT IS APPROVED AND SO ORDERED:

DATED: November 10, 2020



Wes Reber Porter
United States Magistrate Judge

*United States of America v. Martin Kao,* Mag. No. 20-01208 WRP; STIPULATED CORRECTION TO CONDITION OF RELEASE