JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 20-01208-WRP |
| | ) | |
| Plaintiff, | ) | FOURTH STIPULATION AND |
| | ) | ORDER TO CONTINUE |
| vs. | ) | PRELIMINARY HEARING AND |
| | ) | EXCLUSION OF TIME UNDER |
| MARTIN KAO, | ) | SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |

**FOURTH STIPULATION AND ORDER TO CONTINUE PRELIMINARY
HEARING AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

IT IS HEREBY STIPULATED by the United States of America, through its

attorney, Acting United States Attorney Judith A. Philips, and Defendant Martin

Kao, through counsel, Michael Jay Green, Esq., that good cause exists to continue

the preliminary hearing previously set for March 25, 2021 to May 12, 2021 at 2:00 p.m. before the Honorable Kenneth J. Mansfield, United States Magistrate Judge, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to continue the preliminary hearing within the meaning of Rule 5.1(d) to allow defense counsel time to meet with Defendant and review materials. As a result, a continuance of the preliminary hearing date will not prejudice him as it will allow his counsel the opportunity to understand the nature and scope of the evidence in this case in order to prepare an effective defense.

Counsel further stipulate that an exclusion of time from March 25, 2021 through May 12, 2021 is appropriate under the Speedy Trial Act because defense counsel needs additional time to understand the nature and scope of the evidence in this case in order to prepare an effective defense. As a result, counsel for both parties stipulate that the ends of justice are served by the Court excluding such time and outweigh Defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that counsel for Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, time should be excluded from computation under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A).

The parties further stipulate that:

The ends of justice outweigh the best interests of the public and Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

The parties agree and ask the Court to find that the ends of justice are best served by granting a continuance in this case in order to allow counsel to adequately prepare for the preliminary hearing. The period of time from March 25, 2021 through May 12, 2021 constitutes a period of excludable delay in the computation of speedy trial time, pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED:   March 2, 2021 at Honolulu, Hawaii.

Respectfully submitted,

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

By: /s/ Craig S. Nolan
Craig S. Nolan
Assistant U.S. Attorney

Michael Jay Green
Attorney for Defendant
MARTIN KAO

3

## **ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

(1) The Court finds good cause to continue the Preliminary Hearing previously set for March 25, 2021 to May 12, 2021 at 2:00 p.m. before the Honorable Kenneth J. Mansfield, United States Magistrate Judge, pursuant to Federal Rule of Criminal Procedure 5.1(d); and

(2) Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from March 25, 2021 through May 12, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED:   March __2__, 2021 at Honolulu, Hawaii.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

United States v. Martin Kao
Mag. No. 20-01208-WRP
"Fourth Stipulation and Order to Continue Preliminary Hearing and Exclusion of Time Under Speedy Trial Act"