| | |
|---|---|
| JUDITH A. PHILIPS<br>Acting United States Attorney<br>District of Hawaii | DANIEL S. KAHN<br>Acting Chief, Fraud Section<br>Criminal Division, U.S. Dept. of Justice |
| CRAIG S. NOLAN<br>Assistant U.S. Attorney<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii  96850<br>Telephone:  (808) 541-2850<br>Facsimile:  (808) 541-2958<br>E-mail: Craig.Nolan@usdoj.gov | THOMAS J. TYNAN<br>Trial Attorney<br>U.S. Dept. of Justice<br>Criminal Division, Fraud Section<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 768-1136<br>E-mail: Thomas.Tynan@usdoj.gov |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　vs.<br>MARTIN KAO,<br>　　　　　Defendant. | MAG. NO. 20-01208 WRP<br><br>ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE |

<u>ORDER FOR DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States of America hereby dismisses

without prejudice the Criminal Complaint against the Defendant on the ground that the Defendant was indicted in Cr. No. 21-00061 JAO on May 6, 2021.

DATED: May 12, 2021, at Honolulu, Hawaii.

>JUDITH A. PHILIPS
>Acting United States Attorney
>District of Hawaii
>
>By /s/ Craig S. Nolan
>　　CRAIG S. NOLAN
>　　Assistant U.S. Attorney

Leave of court is granted:

DATED: May 12, 2021, at Honolulu, Hawaii.

Kenneth J. Mansfield
United States Magistrate Judge

UNITED STATES v. MARTIN KAO
Mag. No. 20-001208 WRP
"Order for Dismissal Without Prejudice"